920

May 20, 1963.

No. 26. GRIFFIN ET AL. *v*. MARYLAND. Certiorari, 370 U. S. 935, to the Court of Appeals of Maryland. Argued November 5 and 7, 1962. This case is restored to the calendar for reargument. *Joseph L. Rauh, Jr.* argued the cause for petitioners. With him on the brief were *John Silard, Joseph H. Sharlitt, Jack Greenberg* and *James M. Nabrit III. Robert C. Murphy,* Assistant Attorney General of Maryland, and *Joseph S. Kaufman,* Deputy Attorney General, argued the cause for respondent. With them on the brief was *Thomas B. Finan,* Attorney General. *Solicitor General Cox,* by special leave of Court, argued the cause for the United States, as *amicus curiae,* urging reversal. With him on the brief were *Assistant Attorney General Marshall, Louis F. Claiborne* and *Harold H. Greene.*

No. 1011. UNITED STATES *v*. BARNETT ET AL. On certificate from the United States Court of Appeals for the Fifth Circuit. The motion of Barnett et al. to advance is denied. *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands,* Assistant Attorney General, and *Malcolm B. Montgomery, Garner W. Green, M. M. Roberts, Fred B. Smith* and *Charles Clark,* Special Assistant Attorneys General, on the motion. *Solicitor General Cox* for the United States.